UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| JEANEEN J. LEMING-WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 4:18 CV 25 |
| | ) | |
| HARRIS & HARRIS, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

Pursuant to the stipulation filed at docket entry number 28, this case now stands **DISMISSED**, with prejudice. The court now **DENIES AS MOOT** all pending motions, and **CANCELS** all settings herein.

**SO ORDERED.**

Date: December 28, 2018

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT